FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shu                      DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL PATRICK MALOOLY, | Case No. CV 11-09552 GHK (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| DOMINGO URIBE, JR., | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: __11/25__, 2012

_____
GEORGE H. KING
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY