FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shu  DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL PATRICK MALOOLY,<br>　　　Petitioner,<br>　　v.<br>DOMINGO URIBE, JR.,<br>　　　Respondent. | Case No. CV 11-09552 GHK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: __11/25__, 2012

_____
GEORGE H. KING
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY